UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CASE NO.: 4:20CV-021-RSB-BWC

FELICE REYES,

    Petitioner,

v.

JAMS, INC. (JAMS), a Delaware
Corporation; ADR Services, Inc., a
California Corporation; Early
Sullivan Wright Gizer & McRae, a
Limited Liability Partnership not
Registered in California,

    Respondents.
_____/

## PETITIONER'S MOTION TO STRIKE THE MOTION TO DISMISS OF EARLY, SULLIVAN, WRIGHT, GIZER & McRAE, LLP (Document 18)

**COMES NOW** the Petitioner, **FELICE REYES**, by and through the undersigned counsel and pursuant to Local Rule 7 and Rules 11 and 12(f) of the Federal Rules of Civil Procedure moves to strike the Respondent's **EARLY, SULLIVAN, WRIGHT, GIZER & MCRAE, LLP.** (hereinafter referred to as **ESWG&M, LLP.**), Motion to Dismiss (Document 18), as follows:

1) Respondent, **ESWG&M, LLP.**, filed a Motion to Dismiss the Petitioner's Complaint on March 23, 2020.

2) Respondent, **ESWG&M, LLP.**, is not a limited liability partnership organized and existing under the laws of the State of California.

3) Respondent, **ESWG&M, LLP.**, is actually registered in the State of New York and claims to be an active "foreign registered limited liability partnership" with its principal office in New York and California as its jurisdiction.

4) **FELICE REYES** verified her petition under the penalties of perjury in this matter.

### MOTION TO STRIKE THE RESPONDENT'S MOTION TO DISMISS

5) Kevin S. Sinclair, a partner of **ESWG&M, LLP.**, filed an affidavit under the penalty of perjury that "the foregoing is true and correct to the best of my knowledge" that **ESWG&M, LLP.**, is a "limited liability partnership organized and existing under the laws of the State of California."

    a. Sinclair falsely stated to this Court that **ESWG&M, LLP.**, is a "limited liability partnership organized and existing under the laws of the State of California."

b. The undersigned confirmed with the Office of the Secretary of State for California that **ESWG&M, LLP.**, is not registered with the State of California nor have they filed a "certificate of qualification" under 2105 of the California Corporations Code (via telephone call to 916-653-6814, with Melissa, Employee 44).

c. Attached hereto is a copy from the New York State Department of State, Division of Corporation, indicating its status in New York State.

6) **ESWG&M, LLP.**, also falsely avers in their Motion to Dismiss that the Petitioner failed to verify and/or sign under the penalty of perjury.

   a. **FELICE REYES** on page 34 and 25 (Document 1) signed her petition under the penalties of perjury.

7) The Respondent's, **ESWG&M, LLP.**, reliance on a knowingly false affidavit and false claims about the alleged lack of a signature by the Petitioner should have been readily apparent to the Respondent and was a dishonest effort to support a motion to dismiss the Petitioner's complaint.

8) The Petitioner moves to have the Motion to Dismiss stricken as it contains false allegations in violation of Rules 11 and 12(f), Federal Rules of Civil Procedure.

9) The undersigned has been required to engage in research and writing on behalf of the Petitioner and moves for an award of sanctions against the Respondent, **ESWG&M, LLP.**, for its intentional actions herein.

### MEMORANDUM IN SUPPORT OF MOTION TO STRIKE

10) Under 2105, California Corporations Code, prohibits a "foreign corporation" from transacting business without first obtaining from the Secretary of State a "certificate of qualification."

11) Under 2203(a), California Corporations Code, prohibits the Respondent, **EARLY SULLIVAN WRIGHT GIZER & MCRAE, LLP.**, from maintaining any action or proceeding prior to compliance with Section 2105, California Corporations Code.

12) Rule 11, Federal Rules of Civil Procedure, requires an obligation on attorneys to pursue litigation honestly and provides penalties for those who fail to do so.

13) The two incidents cited above regarding the Motion to Dismiss contain false and frivolous material and present the court with pleadings that could well be deemed sham.

14) Rule 12(f) of the Federal Rules of Civil Procedure authorizes a trial court to "strike from a pleading an insufficient defense or any redundant, immaterial, impertinent, or scandalous matter.

**WHEREFORE** the Petitioner, **FELICE REYES**, respectfully requests that this Court strike the Motion to Dismiss of the Respondent, **EARLY SULLIVAN WRIGHT GIZER & MCRAE, LLP.**, and award the undersigned attorney fees and costs.

_____
**HENRY G. FERRO**
**Attorney for FELICE REYES**

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing was e-mailed to RYAN KREDA, c/o Nemecek-Cole, 16255 Ventura Boulevard, Suite 300, Encino, CA 91436 (rkreda@nemecek-cole.com;; and NATHANIEL E. WRIGHT, 210 E. 31ST Street, Savannah, GA 31401 (nwrightesq@gmail.com) and TONY CENTER, 414 E. Gordon Street, Savannah, GA 31401 (tonycenter@comcast.net) on this 20TH of April 2020.

**Motion to Strike Respondent's, EARLY SULLIVAN WRIGHT GIZER & McRAE, LLP., Motion To Dismiss (Document 18)**  5
Case Number 4:20-cv-00021-RSB-BKE

_[signature]_

**HENRY G. FERRO**
**Attorney for FELICE REYES**
Florida Bar Number 367648
108 North Magnolia Avenue
Seventh Floor
Ocala, Florida 34475
Telephone: 352-369-8888
Facsimile:  352-351-4042
Email:  HFerro58@gmail.com