IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| FELICE P. REYES,<br><br>     Plaintiff,<br><br>   v.<br><br>JAMS, INC. (JAMS), a Delaware Corporation; ADR SERVICES, INC., a California Corporation; and EARLY SULLIVAN WRIGHT GIZER & MCRAE, LLP, a Limited Liability Partnership not Registered in California,<br><br>     Defendants. | CIVIL ACTION NO.: 4:20-cv-21 |

## O R D E R

Before the Court is "Petitioner's Notice of Dismissal of Complaint," in which Plaintiff dismisses all of her claims against Defendant JAMS, Inc., with prejudice. (Doc. 29.) According to the docket of the case, JAMS, Inc., has not yet served an answer or a motion for summary judgment.[1] Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Court authorizes and directs the Clerk of Court to **DISMISS** Defendant JAMS, Inc., from this case **WITH PREJUDICE**. This action shall remain pending with respect to all other Defendants.

**SO ORDERED**, this 6th day of July, 2020.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] JAMS, Inc., filed a Motion to Dismiss on March 16, 2020. In light of Plaintiff's dismissal of JAMS, Inc., the Court need not address the merits of the Motion, and it is hereby **DENIED AS MOOT**.