# United States District Court
## Southern District of Georgia

FELICE P. REYES,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:20-cv-21

ADR SERVICES INC., a California Corporation; and EARLY, SULLIVAN, WRIGHT, GIZER & MCRAE, A Limited Liability Partnership,

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with this Court's order dated January 7, 2020, granting Defendant Early, Sullivan, Wright, Gizer & McRae, LLP's Motion to Dismiss and Motion to Remand but denying its request to recover attorney fees and costs, Plaintiff's Complaint is dismissed and Defendant Early, Sullivan, Wright, Gizer & McRae, LLP's arbitration award confirmation action is remanded back to the Superior Court of California for the County of Los Angeles. This case stands closed.

Approved by: _____

| January 13, 2021 | John E. Triplett, Acting Clerk |
|---|---|
| Date | Clerk |
| | (By) Deputy Clerk |

GAS Rev 10/2020